JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. GLAIR,<br><br>    Plaintiff,<br><br>  vs.<br><br>NATIONAL EVALUATION SERVICES,<br><br>    Defendant.<br>_____ | Case No.:  CV 08-2685 DSF (AJWx)<br><br><br>JUDGMENT |

      This action came on for hearing on April 27, 2009, the Honorable Dale S. Fischer, District Judge, Presiding.  The Court ordered that summary judgment be entered in favor of defendant.  The arguments and evidence having been presented and fully considered, the issues having been heard, a decision having been rendered, and plaintiff's motions for reconsideration and to file an amended complaint having been denied,

1
2
IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

3
4
5
6
7
8

IT IS SO ORDERED.

Dated: ____6/26/09_____       _____/s/ Dale S. Fischer_____
                                    Dale S. Fischer
                                    United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28